IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS TIMOTHY WILLIAMS, ) </br> ) </br> Petitioner, ) </br> ) </br> v.  ) </br>  ) </br> DONALD VALENZA, *et al.*, ) </br> ) </br> Respondents. ) | CASE NO. 1:16-CV-830-WKW </br> [WO] |

## **ORDER**

On January 17, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

2. The petition for habeas corpus relief (Doc. # 1) is DENIED; and

3. The petition is DISMISSED without prejudice to allow the petitioner an opportunity to exhaust available state court remedies.

A final judgment will be entered separately.

DONE this 13th day of February, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE